**Michael Fiztroy CROSBY,
Plaintiff—Appellant,**

v.

**Captain CUSHINBERRY; Captain
Robinson; Juan Carrillo, Doctor,
Defendants—Appellees.**

No. 09–7919.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 28, 2010.

Decided: July 14, 2010.

Michael Fiztroy Crosby, Appellant Pro Se.

Michael Fiztroy Crosby, Appellant Pro Se. Robert A. Dybing, Thompson McMullan PC, Richmond, Virginia; Charles Everett James, Jr., Brendan David O'Toole, Williams Mullen, Richmond, Virginia, for Appellees.

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Fiztroy Crosby appeals the district court's order granting summary judgment for Defendants in this 42 U.S.C. § 1983 (2006) inmate civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Crosby v. Cushinberry,* No. 2:08–cv–00366–RAJ–JEB (E.D.Va. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*